AO 133  (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

District of Utah

| | |
|---|---|
| APPLIED PREDICTIVE TECHNOLOGIES, INC., <br> v. <br> MARKETDIAL, INC., JOHN M. STODDARD, and MORGAN DAVIS. | ) <br> ) <br> ) Case No.: 2:19-cv-00496-JNP-CMR <br> ) <br> ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _3/28/2024_ against _Applied Predictive Technologies_, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................................................................................. | $ 0.00 |
| Fees for service of summons and subpoena .................................................... *See* Exhibit 1 ............ | 2,679.45 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . Ex. 2 . | 91,150.40 |
| Fees and disbursements for printing ........................................................................ Ex. 3 ............ | 143.40 |
| Fees for witnesses *(itemize on page two)* ................................................................. Ex. 4 ............ | 298.50 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ex. 5 (highlighted items only) | 37,708.59 |
| Docket fees under 28 U.S.C. 1923 ................................................................................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals ......................................................................... | 0.00 |
| Compensation of court-appointed experts .................................................................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........... | 0.00 |
| Other costs *(please itemize)* ............................................................................................................ | 0.00 |
| TOTAL | $ 131,980.34 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service      ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Keith A. Call

Name of Attorney:  Keith A. Call

For:  Marketdial, Inc., John Stoddard and Morgan Davis        Date:  4/25/2024
*Name of Claiming Party*

**Taxation of Costs**

Costs are taxed in the amount of _____ and included in the judgment.

AO 133  (Rev. 06/09)  Bill of Costs

|  | By: |  |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133  (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||| 
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Kelly Frekko, Washington, D.C. | 1 | $18.50 | | | | | $18.50 |
| Adam Connor, Pittsburgh, PA | 1 | $40.00 | | | | | $40.00 |
| Dain Charrette, San Francisco, CA | 1 | $40.00 | | | | | $40.00 |
| Timothy Hsu, San Francisco, CA | 1 | $40.00 | | | | | $40.00 |
| Sarah Hinkfuss, San Francisco, CA | 1 | $40.00 | | | | | $40.00 |
| Jonathan Marek, Lafayette, CA | 1 | $40.00 | | | | | $40.00 |
| Patrick O'Reilly, Washington, D.C. | 1 | $40.00 | | | | | $40.00 |
| Anthony Bruce, Washington, D.C. | 1 | $40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $298.50 |