# Exhibit 1

## Fees for Service of Summons and Subpoena

| Date | Description | Amount |
|---|---|---|
| 2021-08-25 | TDs Legal Process | $17.50 |
| 2021-08-25 | TDs Legal Process | $61.50 |
| 2021-08-25 | TDs Legal Process | $83.50 |
| 2021-08-26 | TDs Legal Process | $42.50 |
| 2021-08-27 | TDs Legal Process | $22.50 |
| 2021-08-27 | TDs Legal Process | $28.50 |
| 2021-08-30 | Legal Process Servers | $87.45 |
| 2021-09-09 | Todd M. Martinson, Private Detective | $100.00 |
| 2021-09-10 | Same Day Process | $75.00 |
| 2021-09-13 | Same Day Process | $95.00 |
| 2021-09-13 | Same Day Process | $95.00 |
| 2021-09-16 | Same Day Process | $175.00 |
| 2021-09-16 | Same Day Process | $175.00 |
| 2021-09-17 | Same Day Process | $175.00 |
| 2021-09-17 | Same Day Process | $175.00 |
| 2021-09-20 | USA Legal Network | $597.00 |
| 2021-09-21 | Same Day Process | $175.00 |
| 2021-09-28 | Same Day Process | $175.00 |
| 2022-11-14 | Anderson Investigations | $20.00 |
| 2022-11-14 | Anderson Investigations | $20.00 |
| 2022-11-14 | Anderson Investigations | $81.00 |
| 2022-11-14 | Brandywine Process Servers | $128.00 |
| 2022-11-14 | A Plus Process Service | $75.00 |
| | | **TOTAL: $2,679.45** |

SLC 7079740.1

*TD's Legal Process*

*&*

*Investigations*

*P.O. Box 18118*
*Salt Lake City, Utah 84118*
*Office: 964-9393 Fax: 964-9353*
*Cell: 347-1038*
*Tax ID No. 87-0653228*

8/25/2021

| SNOW, CHRISTENSEN & MARTINEAU |
|---|
| 10 EXCHANGE PLACE, SUITE 1100 |
| S.L.C., UT 84111 |

**Attn: Chris**                                                                 521-9000

| Applied Predictive Technologies, Inc. | Invoice #: 142787 | Invoice Date: | 8/25/2021 |
|---|---|---|---|
| Plaintiff | Case:2:19-cv-00496 | | |
| VS | | | |
| Marketdial Inc., John M Stoddard and Morgan Davis | ROS/UROS# 161880 | | |
| Defendant | | | |

***Process:*** **Subpoena to Produce Documents; See Attached Process Below**

Served:   Yes

Date Served: 8/24/2021
Person Served: Prentice-Hall Corp. System,; Reg. Agent % Wendy Phippen

On Behalf of:   Mcdonalds Corporation

Service Address:  15 W South Temple Suite 1701  S.L.C., UT 84101

| | |
|---|---|
| Service Fee: | $15.00 |
| Mileage Fee: | $1.00 |
| Other Fee: | $0.00 |
| Rush Fee: | $0.00 |
| Processing: | $1.50 |
| **Total Due** | **$17.50** |
| Addresses: | 1 |
| Attempts: | 1 |

Comments:

Court Date:  9/15/2021          Court Time:

3

*TD's Legal Process*

8/25/2021

*&*

*Investigations*

*P.O. Box 18118*
*Salt Lake City, Utah 84118*
*Office:964-9393 Fax:964-9353*
*Cell:347-1038*
*Tax ID No. 87-0653228*

| | |
|---|---|
| SNOW, CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PLACE, SUITE 1100<br>S.L.C., UT 84111 | |
| **Attn: Chris** | 521-9000 |

| | | | |
|---|---|---|---|
| Applied Predictive Technologies, Inc. | Invoice #: 142791 | Invoice Date: | 8/25/2021 |
| Plaintiff | | | |
| VS | Case:2:19-cv-00496 | | |
| Marketdial Inc., John M Stoddard and Morgan Davis | ROS/UROS# 161884 | | |
| Defendant | | | |

**Process: Subpoena to Produce Documents; See Attached Process Below**

Served:   Yes

Date Served: 8/24/2021
Person Served: CT Corporation System;  Reg. Agent % Dani Snow

On Behalf of:   Rite Aid Lease Mangement

Service Address:  1108 e South Union Ave  Midvale, UT 84047

| | |
|---|---|
| Service Fee: | $15.00 |
| Mileage Fee: | $12.00 |
| Other Fee: | $33.00 |
| Rush Fee: | $0.00 |
| Processing: | $1.50 |
| **Total Due** | **$61.50** |
| Addresses: | 1 |
| Attempts: | 1 |

Comments:   OTHER = ROS 161886 - Labatt USA Operating
ROS 161888 - Bath & Body Works

Court Date:  9/15/2021          Court Time:

5

*TD's Legal Process*
*&*
*Investigations*

P.O. Box 18118
Salt Lake City, Utah 84118
Office: 964-9393 Fax: 964-9353
Cell: 347-1038
Tax ID No. 87-0653228

8/25/2021

| SNOW, CHRISTENSEN & MARTINEAU | |
|---|---|
| 10 EXCHANGE PLACE, SUITE 1100 | |
| S.L.C., UT 84111 | |
| **Attn: Chris** | 521-9000 |

| Applied Predictive Technologies, Inc. | Invoice #: 142795 | Invoice Date: | 8/25/2021 |
|---|---|---|---|
| Plaintiff | Case:2:19-cv-00496 | | |
| VS | | | |
| Marketdial Inc., John M Stoddard and Morgan Davis | ROS/UROS# 161890 | | |
| Defendant | | | |

**Process:** Subpoena to Produce Documents; See Attached Process Below

Served:    Yes

Date Served: 8/24/2021
Person Served: Corporation Service Co. : Reg. Agent % Wendy Phippen

   On Behalf of:    Bain & Company, Inc.

Service Address:  15 w South Temple ste. 600  S.L.C., Ut 84101

| | |
|---|---|
| Service Fee: | $15.00 |
| Mileage Fee: | $1.00 |
| Other Fee: | $66.00 |
| Rush Fee: | $0.00 |
| Processing: | $1.50 |
| **Total Due** | **$83.50** |
| Addresses: | 1 |
| Attempts: | 1 |

Comments:   OTHER = ROS - 161891- American Family Insurance;  ROS 161892 - Chipotle Mexican
            Grill;   ROS 161893 - Jack in the Box;  ROS 161894 - Torrid, LLC

Court Date:  9/15/2021          Court Time:

6

*TD's Legal Process*

*&*

*Investigations*

P.O. Box 18118

Salt Lake City, Utah 84118

Office: 964-9393 Fax: 964-9353

Cell: 347-1038

Tax ID No. 87-0653228

8/26/2021

| | |
|---|---|
| SNOW, CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PLACE, SUITE 1100<br>S.L.C., UT 84111 | |
| **Attn: Christopher** | 521-9000 |
| Applied Predictive Technologies, Inc.<br>　Plaintiff<br>　VS<br>Marketdial Inc., John M Stoddard and Morgan Davis<br>　Defendant | Invoice #: 142809    Invoice Date:  8/26/2021<br>Case:2:19-cv-00496-JNP-CM<br>ROS/UROS# 161908 |

***Process:*** ***Subpoena to Produce Documents; See Attached Process Below***

Served:   Yes

Date Served: 08/25/2021
Person Served: Corporate Creations netwo : Reg.Agent %  Stacey Dalton

　　On Behalf of:    Accenture,LLP

Service Address:  2825 E.Cottonwood Pkwy,# 500  S.L.C., Ut

| | |
|---|---|
| Service Fee: | $15.00 |
| Mileage Fee: | $26.00 |
| Other Fee: | $0.00 |
| Rush Fee: | $0.00 |
| Processing: | $1.50 |
| **Total Due** | **$42.50** |
| Addresses: | 1 |
| Attempts: | 2 |

Comments:

Court Date:  09/15/2021        Court Time:

4

*TD's Legal Process*
*&*
*Investigations*

P.O. Box 18118
Salt Lake City, Utah 84118
Office:964-9393 Fax:964-9353
Cell:347-1038
Tax ID No. 87-0653228

8/27/2021

| SNOW, CHRISTENSEN & MARTINEAU |
|---|
| 10 EXCHANGE PLACE, SUITE 1100 |
| S.L.C., UT 84111 |

**Attn: Chris**                                                                521-9000

| | |
|---|---|
| Applied Predictive Technologies, Inc. | Invoice #: 142826    Invoice Date:   8/27/2021 |
| Plaintiff | Case:2:19-cv-00496 |
| VS | |
| Marketdial Inc., John M Stoddard and Morgan Davis | ROS/UROS# 161926 |
| Defendant | |

***Process:Subpoena to Produce Documents; See Attached Process Below***

Served:    Yes

Date Served: 8/26/2021
Person Served:Cogency Global, Inc. : Reg. Agent % Patricia Lochhead

    On Behalf of:    The Nielsen Company, LLC

Service Address:  2005 e 2700 s ste. 200  S.L.C., Ut 84109

| | |
|---|---|
| Service Fee: | $15.00 |
| Mileage Fee: | $6.00 |
| Other Fee: | $0.00 |
| Rush Fee: | $0.00 |
| Processing: | $1.50 |
| **Total Due** | **$22.50** |
| Addresses: | 1 |
| Attempts: | 1 |

Comments:

Court Date:                    Court Time:

5

*TD's Legal Process*
*&*
*Investigations*

P.O. Box 18118
Salt Lake City, Utah 84118
Office: 964-9393 Fax: 964-9353
Cell: 347-1038
Tax ID No. 87-0653228

8/27/2021

| | |
|---|---|
| SNOW, CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PLACE, SUITE 1100<br>S.L.C., UT 84111 | |
| **Attn: Chris** | 521-9000 |

| | |
|---|---|
| Applied Predictive Technologies, Inc. | Invoice #: 142825    Invoice Date:    8/27/2021 |
| Plaintiff | Case:2:19-cv-00496 |
| VS | |
| Marketdial Inc., John M Stoddard and Morgan Davis | ROS/UROS# 161925 |
| Defendant | |

***Process:* Subpoena to Produce Documents; See Attached Process Below**

Served:   Yes

Date Served: 8/26/2021
Person Served: CT Corporation System : Reg. Agent % Dani Snow

On Behalf of:   IRI International Corporation

Service Address:  1108 e South Union Ave.  Midvale, Ut 84047

| | |
|---|---|
| Service Fee: | $15.00 |
| Mileage Fee: | $12.00 |
| Other Fee: | $0.00 |
| Rush Fee: | $0.00 |
| Processing: | $1.50 |
| **Total Due** | **$28.50** |
| Addresses: | 1 |
| Attempts: | 1 |

Comments:

Court Date:  9/15/2021          Court Time:

4



LEGAL PROCESS SERVERS, LLC

10015 Old Columbia Road, #B215
Columbia, MD 21046 888-721-5100

**TAX ID: 82-4508594**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| UTSCMLAW | August 30, 2021 | L205230 |

**Bill To:**
Stephanie Chavez
Christopher G. Taylor
10 Exchange Pl Fl 11
Salt Lake City, UT 841112824
CGT@scmlaw.com

Client / Matter: 5826-503
Serve to: **Total Wine & More c/o Corridor Wine, Inc., Registered Agent**
Case No: **2:19-cv-00496-JNP-CMR**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **APPLIED PREDICTIVE TECHNOLOGIES, INC.**
Defendant: **MARKETDIAL, INC., JOHN M. STODDARD, AND MORGAN DAVIS**

**Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, EXHIBIT A;**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| P4 Regular Local | | | 87.45 |
| Served at 6600 Rockledge Dr Ste 150, Bethesda, MD 20817-1806 | | | |
| On 8/30/2021 at 12:12 PM | | | |
| | | **TOTAL DUE** | **$ 87.45** |

PAID

Thank you for choosing Legal Process Servers LLC!
For billing inquiries, please email sdobson@legalprocessserversllc.com

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| UTSCMLAW | August 30, 2021 | L205230 |

Remit To:

**Legal Process Servers LLC**
**10015 Old Columbia Road, #B215**
**Columbia, MD 21046**

**TOTAL DUE:**  $ 87.45

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Legal Process Servers LLC**
3. NET 15

Order#:L205230/INVOICEP

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. **2:19-cv-00496-JNP-CMR**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Total Wine & More c/o Corridor Wine, Inc., Registered Agent** on *(date)* **August 26, 2021**

☑ I served the subpoena by delivering a copy to the named person as follows: I left the subpoena with **Martha Lainez - Legal Department, authorized to accept service at 6600 Rockledge Dr Ste 150 , Bethesda, MD 20817-1806** on *(date)* **August 30, 2021 12:12 PM;** or

☐ I returned the subpoena unexecuted because; _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

$.**00**

I declare under penalty of perjury that this information is true.

Date:  **SEP  7 2021**

_____
*Server's signature*

**Malia D. Brumley**
*Printed name and title*

**Contracted by**
**10015 Old Columbia Road, #B215**
**Columbia, MD 21046**
**(410) 551-6017**
*Server's Address*

Additional information regarding attempted service, etc.:

AO88B-L205230

# INVOICE #  16564

State of Illinois License # 115.002035    **Todd M. Martinson, Private Detective**

**PLEASE NOTE THE NEW ADDRESS - 27 N. Wacker Dr. #243**
**Chicago, IL 60606**
todd@toddmartinson.com
312-735-2516 (Direct) 312-268-6461 (Fax)

---

*Invoice #   16564*                 Please make checks payable to Todd M. Martinson, Private Detective
                                     Please remit payment within **30** days of the *Date of Invoice*

---

| | |
|---|---|
| Date of Invoice: | 09/09/2021            Client Account #:            6701 |

Client:              SCM Law
                     10 Exchange Place, 11th Floor
                     Salt Lake City, Utah 84111

Requested By:        Christopher G. Taylor, Paralegal
Case:                2:19-cv-00496-JNP-CMR            USDC
                     Applied Predictive Technologies Inc v. Marketdial, Inc., et al.

Actions Requested:   Serve SUBPOENA to:

*IRI ISG, Inc. at 150 N. Clinton St., Chicago, IL 60611*
9/7/21 at 1:00pm – NOT Served at this address.  The address is for a multi-unit office building
and there is a sign on the front door that indicates that IRI moved to 203 N. LaSalle #1500,
Chicago, IL.

*IRI ISG, Inc. at 203 N. LaSalle #1500, Chicago, IL*
9/7/21 at 1:30pm – NOT Served at this address.  The address is for a secured office building and
IRI is listed for the 15th floor.  I spoke to the building security who contacted IRI and was
advised that their offices are not staffed.  I then contacted IRI and was told to email them by their
answering service.  I emailed IRI and received a reply from them requesting that the process be
served to their agent, CT Corp at 208 S. LaSalle #814, Chicago, IL 60604.

*IRI ISG, Inc. c/o CT Corp, as Agent, at 208 S. LaSalle #814, Chicago, IL 60604*
9/8/21 at 1:15pm – Corporation Service obtained:

Person Served:       Derrick Hackett, Intake Specialist at CT Corp., as reported agent
Description:         Male / Black / 5' 7" / Thin Build / Black Hair / 35

An affidavit of service is attached.

---

Process Service (N. Clinton Ave.):   0.00
Process Service (N. LaSalle St.):    50.00
Process Service (S. LaSalle St.):    50.00

                                     **Total Due:    $        100.00**

---



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204                                    Invoice #:
Alexandria, VA 22303                                          139225
703-775-8602
CGentry@ohaganmeyer.com                                       Date:
                                                              09/10/2021

## INVOICE FOR SERVICE



Service #269268: ADAM J. CONNER              Your File# 2186144521861445
2105 N GLEBE RD, UNIT 2320,
Arlington, VA 22207
Court Case #: 2:19-cv-00496-JNP-CMR

APPLIED PREDICTIVE TECHNOLOGIES, INC. v. MARKETDIAL,
INC., et al

Process Serving Fee (within 495                                    $75.00
Beltway)

**TOTAL CHARGES:**                                                 **$75.00**

**BALANCE:**                                                       **$75.00**

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139264

Date:
09/13/2021

## INVOICE FOR SERVICE



Service #269269: AMANDA W.
INGRAM
2660 REIGN ST,
Herndon, VA 20171
Court Case #: 2:19-cv-00496-JNP-CMR

Your File# 2186144521861445

APPLIED PREDICTIVE TECHNOLOGIES, INC. v. MARKETDIAL, INC., et al

| | |
|---|---|
| Process Serving Fee within 11-16 mi (Address is outside 495 Beltway but within 11 to 16 miles) | $95.00 |
| **TOTAL CHARGES:** | **$95.00** |
| **BALANCE:** | **$95.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139265

Date:
09/13/2021

## INVOICE FOR SERVICE



Service #269271: SHELDON JONES          Your File# 2186144521861445
1281 PELLOW CIRCLE TRL,
Herndon, VA 20170
Court Case #: 2:19-cv-00496-JNP-CMR

APPLIED PREDICTIVE TECHNOLOGIES, INC. v. MARKETDIAL, INC., et al

| | |
|---|---|
| Process Serving Fee within 11-16 mi (Address is outside 495 Beltway but within 11 to 16 miles) | $95.00 |
| **TOTAL CHARGES:** | **$95.00** |
| **BALANCE:** | **$95.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139434

Date:
09/16/2021

## INVOICE FOR SERVICE



Service #269330: Jordan L. Michelson          Your File# 21894148
46 Orkney Road,
Brighton, MA 02135
Court Case #: 2:19-cv-00496-JNP-CMR
Applied Predictive Technologies, Inc. v. Marketdial, Inc., et al

| | |
|---|---|
| Process Serving Fee (Outside Local Area) | $175.00 |
| **TOTAL CHARGES:** | **$175.00** |
| **BALANCE:** | **$175.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139435

Date:
09/16/2021

### <u>INVOICE FOR SERVICE</u>



Service #269329: Gregory S. Siegel                     Your File# 21894148
1648 Little Raven St.,
Denver, CO 80202
Court Case #: 2:19-cv-00496-JNP-CMR
Applied Predictive Technologies, Inc. v. Marketdial, Inc., et al
Process Serving Fee (Outside Local                              $175.00
Area)

**TOTAL CHARGES:**                                           **$175.00**

**BALANCE:**                                                 **$175.00**

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139480

Date:
09/17/2021

## INVOICE FOR SERVICE



Service #269328: Daniel V. Sigurdson          Your File# 21894148
19 Kenmare St., #5,
New York, NY 10012
Court Case #: 2:19-cv-00496-JNP-CMR
Applied Predictive Technologies, Inc. v. Marketdial, Inc., et al
Process Serving Fee (Outside Local                    $175.00
Area)

**TOTAL CHARGES:**                                    **$175.00**

**BALANCE:**                                          **$175.00**

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139481

Date:
09/17/2021

## INVOICE FOR SERVICE



Service #269592: Daniel V. Sigurdson              Your File# 21894148
36 East 23rd St., Unit 9F,
New York, NY 10019
Court Case #: 2:19-cv-00496-JNP-CMR

Applied Predictive Technologies, Inc. v. Marketdial, Inc., et al

Process Serving Fee (Outside Local                           $175.00
Area)

**TOTAL CHARGES:**                                          **$175.00**

**BALANCE:**                                                **$175.00**

2

## *USA LEGAL NETWORK*

### INVOICE

| ACCOUNT | INVOICE NO. | CURRENT CHARGES | INVOICE DATE | AMOUNT DUE | QUESTIONS (213) 607-9000 |
|---------|-------------|-----------------|--------------|------------|--------------------------|
| 215502  | 76473       | 686.00          | 09/20/21     | 3551.50    | PLACE ORDER (213) 607-9000 |

MAIL PAYMENT TO:

O'HAGAN MEYER
21550 OXNARD ST., #1050
WOODLAND HILLS, CA  91367

USA Legal Network
P.O. BOX 7097
WOODLAND HILLS, CA  91367
213-607-9000

### SUMMARY OF CHARGES

### BILLING PERIOD

### 09/01/21-09/15/21

**Current Charges** ..............    686.00
**Previous Balance** ..............    2865.50

**Total Amount Due** ..............    3551.50

KEY TO SYMBOLS:          LATE FEE :  NET 15  DAYS
RT = ROUND TRIP             5% WILL APPLIED
WT = WAITING TIME
XW = EXTRA WEIGHT
XXXXXXXXXXXXXXXXXXXXX

## *USA LEGAL NETWORK*

Invoice Due Date: 10/05/21

| ACCOUNT | INVOICE NO. | CURRENT CHARGES | INVOICE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---------|-------------|-----------------|--------------|------------|-----------------|
| 215502  | 76473       | 686.00          | 09/20/21     | 3551.50    | $_____   |

Please make check payable to:

USA Legal Network
P.O. BOX 7097
WOODLAND HILLS, CA  91367
213-607-9000

O'HAGAN MEYER
21550 OXNARD ST., #1050
WOODLAND HILLS, CA  91367

**USA Legal Network**                        DETAIL OF DELIVERIES 09/01/21 - 09/15/21

**Account: 215502    / O'HAGAN MEYER**

| Ticket Time/Date | Caller Reference/Control Proof of delivery | From | To | Charge Detail | | | |
|---|---|---|---|---|---|---|---|
| 1138496 15:00 09/08/21 | ANGELINA M. Applied vs. Marketdial | USA--- 800 W 1ST ST #200B LOS ANGELES 90012 | Emily Tan 55 9th St., Apt. 1406 San Francisco, CA 94103P | SPECIAL | 199.00 | | |
| | 2:19-cv-00496-JN | | 15:00 | 16:00 | SPECIAL | | |
| | 12:42    Emily Tan 9/8/21 | | | | | Total: | 199.00 |
| 1138497 15:04 09/09/21 | ANGELINA M. Applied vs. Marketdial | USA--- 800 W 1ST ST #200B LOS ANGELES 90012 | Dain J. Charette 2527 42nd Ave. San Francisco, CA 94116P | SPECIAL | 199.00 | | R |
| | 2:19-cv-00496-JN | | 15:00 | 16:00 | SPECIAL | | |
| | 18:00    Dain J. Charette 9/8/21 | | | | | Total: | 199.00 |
| 1138499 15:07 09/09/21 | ANGELINA M. Applied vs. Marketdial | USA--- 800 W 1ST ST #200B LOS ANGELES 90012 | Daniel T. Gronski 3565 Melody Dr. Walnut Creek, CA 94595P | SPECIAL | 199.00 | | R |
| | 2:19-cv-00496-JN | | 15:00 | 16:00 | SPECIAL | | |
| | 17:46    Daniel T. Gronski 9/8/21 | | | | | Total: | 199.00 |

████████████████████████████████████████

| | | | DROPPED OFF | | | Total: | 89.00 |
| | | | | | **Total** | **686.00** |

# USA Legal Network

# INVOICE

*Our Definition of service matches our clients expectation*

800 West 1st Suite 200-B
Los Angeles CA 90012
Phone 213-607-9000   Fax 213-607-9010

**Bill To:**
**Accounting Dept**
**O'HAGAN MEYER**
21550 OXNARD ST., #1050
WOODLAND HILLS. CA 91367

**Caller Name:**     ANGELINA M. ALLEN-RO
**Reference Number:**   Applied vs. Marketdial
**Case Number:**     2:19-cv-00496-JN
**Case Name:**

**Invoice Number:**     **USA Legal Tracking:**
**76473**            **1138496**

| DESCRIPTION | AMOUNT |
|---|---:|
| **SERVICE:**           **SPECIAL** | $      199.00 |
| Emily Tan 9/8/21 | - |
| | - |
| **DESCRIPTION** | - |
| Emily Tan | - |
| 55 9th St., Apt. 1406 | - |
| San Francisco, CA | - |
| **DOCUMENTS:** | - |
| LETTER; SUBPOENA TO PRODUCE DOCUMENTS, | - |
| INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION | - |
| OF PREMISES IN A CIVIL ACTION | - |
| | $      199.00 |

Make all checks payable to **USA Legal Network**
For billing inquiries, please contact our Accounting Department at (213) 607-9000

**Please return the portion below with your payment**

| | |
|---|---|
| **Account Number:** | **215502- O'HAGAN MEYER** |
| **Date:** | 9/8/2021 |
| **Total Due:** | $    **199.00** |

# USA Legal Network

# INVOICE

*Our Definition of service matches our clients expectation*

800 West 1st Suite 200-B
Los Angeles CA 90012
Phone 213-607-9000   Fax 213-607-9010

**Bill To:**
**Accounting Dept**
**O'HAGAN MEYER**
21550 OXNARD ST., #1050
WOODLAND HILLS. CA 91367

| Caller Name: | ANGELINA M. ALLEN-RO |
| Reference Number: | Applied vs. Marketdial |
| Case Number: | 2:19-cv-00496-JN |
| Case Name: | |

| Invoice Number: | USA Legal Tracking: |
|---|---|
| **76473** | **1138497** |

| DESCRIPTION | AMOUNT |
|---|---|
| **SERVICE:**                                  SPECIAL | $                              199.00 |
| Dain J. Charette 9/8/21 | - |
| | - |
| **DESCRIPTION** | - |
| Dain J. Charette | - |
| 2527 42nd Ave. | - |
| San Francisco, CA | - |
| **DOCUMENTS:** | - |
| LETTER; SUBPOENA TO PRODUCE DOCUMENTS, | - |
| INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION | - |
| OF PREMISES IN A CIVIL ACTION | - |
| | $                              199.00 |

Make all checks payable to **USA Legal Network**
For billing inquiries, please contact our Accounting Department at (213) 607-9000

**Please return the portion below with your payment**

| Account Number: | 215502- O'HAGAN MEYER |
|---|---|
| Date: | 9/9/2021 |
| Total Due: | $      199.00 |

# USA Legal Network

# INVOICE

*Our Definition of service matches our clients expectation*

800 West 1st Suite 200-B
Los Angeles CA 90012
Phone 213-607-9000   Fax 213-607-9010

**Bill To:**
**Accounting Dept**
**O'HAGAN MEYER**
21550 OXNARD ST., #1050
WOODLAND HILLS. CA 91367

| | |
|---|---|
| **Caller Name:** | ANGELINA M. ALLEN-RO |
| **Reference Number:** | Applied vs. Marketdial |
| **Case Number:** | 2:19-cv-00496-JN |
| **Case Name:** | |

**Invoice Number:**          **USA Legal Tracking:**
**76473**                    **1138499**

| DESCRIPTION | AMOUNT |
|---|---|
| **SERVICE:**                                    SPECIAL | $                              199.00 |
| Daniel T. Gronski 9/8/21 | - |
| | - |
| **DESCRIPTION** | - |
| Daniel T. Gronski | - |
| 3565 Melody Dr. | - |
| Walnut Creek, CA | - |
| **DOCUMENTS:** | - |
| LETTER; SUBPOENA TO PRODUCE DOCUMENTS, | - |
| INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION | - |
| OF PREMISES IN A CIVIL ACTION | - |
| | $                              199.00 |

Make all checks payable to **USA Legal Network**
For billing inquiries, please contact our Accounting Department at (213) 607-9000

**Please return the portion below with your payment**

| | |
|---|---|
| **Account Number:** | 215502- O'HAGAN MEYER |
| **Date:** | 9/9/2021 |
| **Total Due:** | $      199.00 |



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139585

Date:
09/21/2021

## INVOICE FOR SERVICE



Service #269331: Nitin Gomatam
12406 SE 31st St. Unit 202,
Bellevue, WA 98005
Court Case #: 2:19-cv-00496-JNP-CMR

Your File# 21894148

Applied Predictive Technologies, Inc. v. Marketdial, Inc., et al

Process Serving Fee (Outside Local
Area)

$175.00

**TOTAL CHARGES:**                                   **$175.00**

**BALANCE:**                                          **$175.00**

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

O'Hagan Meyer, PLLC
2560 Huntington Ave., #204
Alexandria, VA 22303
703-775-8602
CGentry@ohaganmeyer.com

Invoice #:
139815

Date:
09/28/2021

## INVOICE FOR SERVICE



Service #269332: Richard B. Ganz                    Your File# 21894148
1603 Tower Dr.,
Edgewater, NJ 07020
Court Case #: 2:19-cv-00496-JNP-CMR
Applied Predictive Technologies, Inc. v. Marketdial, Inc., et al
Process Serving Fee (Outside Local                                $175.00
Area)

**TOTAL CHARGES:**                                                **$175.00**

**BALANCE:**                                                      **$175.00**

5

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 619-1110
Fax: (801) 619-8769
Fin #68-0664844

**INVOICE**

Invoice #AND-2022003418
11/14/2022

Keith A. Call
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place
Suite 1100
Salt Lake City, UT 84145

**Case Number: 2:19-CV-00496-JNP-CMR**

Plaintiff:
**APPLIED PREDICTIVE TECHNOLOGIES, INC**

Defendant:
**MARKETDIAL, INC., JOHN M. STODDARD, AND MORGAN DAVIS,**

Received: 11/14/2022   Served: 11/14/2022 11:30 am  CORPORATE - REGISTERED AGENT
To be served on: GameStop, Inc. R/A CT CORP

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| SECOND PAPER | 1.00 | 20.00 | 20.00 |
| TOTAL CHARGED: | | | $20.00 |

**BALANCE DUE:**                                                                 **$20.00**

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM
Thank you for your business!

*****PLEASE NOTE, OUR PHYSICAL ADDRESS HAS CHANGED.  CONTINUE TO SEND ALL MAIL TO
P.O. BOX 535
SALT LAKE CITY, UT 84110*****

Page 1 / 1

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 619-1110
Fax: (801) 619-8769
Fin #68-0664844

**INVOICE**

Invoice #AND-2022003417
11/14/2022

Keith A. Call
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place
Suite 1100
Salt Lake City, UT 84145



**Case Number: 2:19-CV-00496-JNP-CMR**

Plaintiff:
**APPLIED PREDICTIVE TECHNOLOGIES, INC**

Defendant:
**MARKETDIAL, INC., JOHN M. STODDARD, AND MORGAN DAVIS,**

Received: 11/14/2022    Served: 11/14/2022 11:30 am  CORPORATE - REGISTERED AGENT
To be served on: Office Depot, LLC R/A CT CORP

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SECOND PAPER | 1.00 | 20.00 | 20.00 |
| TOTAL CHARGED: | | | $20.00 |

| **BALANCE DUE:** | | | **$20.00** |

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM
Thank you for your business!

*****PLEASE NOTE, OUR PHYSICAL ADDRESS HAS CHANGED.  CONTINUE TO SEND ALL MAIL TO
P.O. BOX 535
SALT LAKE CITY, UT 84110*****

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 619-1110
Fax: (801) 619-8769
Fin #68-0664844

**INVOICE**

Invoice #AND-2022003416
11/14/2022

Keith A. Call
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place
Suite 1100
Salt Lake City, UT 84145

**Case Number:  2:19-CV-00496-JNP-CMR**

Plaintiff:
**APPLIED PREDICTIVE TECHNOLOGIES, INC**

Defendant:
**MARKETDIAL, INC., JOHN M. STODDARD, AND MORGAN DAVIS,**

Received: 11/14/2022    Served: 11/14/2022 11:30 am  CORPORATE - REGISTERED AGENT
To be served on: Tailored Shared Services, Llc R/A CT CORP

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| RUSH | 1.00 | 81.00 | 81.00 |
| TOTAL CHARGED: | | | $81.00 |

**BALANCE DUE:**                                                                                           **$81.00**

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM
Thank you for your business!

*****PLEASE NOTE, OUR PHYSICAL ADDRESS HAS CHANGED.  CONTINUE TO SEND ALL MAIL TO
P.O. BOX 535
SALT LAKE CITY, UT 84110*****

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m

**BRANDYWINE PROCESS SERVERS, LTD.**

PO BOX 1360
Wilmington, DE  19899
302-475-2600
brandywineps@comcast.net
www.wilmingtonprocessserver.com

# INVOICE

**BILL TO**
SNOW, CHRISTENSEN
10 Exchange Pl 11th Fl
Salt Lake City, UT  84111

| | |
|---|---|
| **INVOICE #** | 6203 |
| **DATE** | 11/14/2022 |
| **DUE DATE** | 12/14/2022 |
| **TERMS** | Net 30 |

| DATE | CASE CAPTION | | | AMOUNT |
|---|---|---|---|---|
| 11/14/2022 | APPLIED PREDICTIVE TECH | V | MARKETDIAL INC | |
| | J. CREW GROUP LLC | | | 79.00 |
| | RUSH FEE | | | 49.00 |

BALANCE DUE **$128.00**

TAX ID # 51-0267938

**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

INVOICE:  7949537
Issued:  Nov 14, 2022
Sent to: Alison Bent

PAID

**SNOW, CHRISTENSEN & MARTINEAU**
Alison Bent
10 E Exchange Pl 11th Floor
Salt Lake City, UT 84111

PAY TO:
**A Plus Process Service**
PO Box 582
Guilderland, NY 12084

| | | | |
|---|---|---|---|
| **Case:** | 2:19-cv-00496-JNP-CMR | **Plaintiff / Petitioner:** | APPLIED PREDICTIVE TECHNOLOGIES, INC. |
| **Job:** | 7949537 | **Defendant / Respondent:** | MARKETDIAL, INC., JOHN M. STODDARD, AND ) MORGAN DAVIS |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service | **RUSH SERVICE**<br>J. Crew Group, Inc. via Corporation Service Company<br>80 State St<br>Albany, NY 12207 | $75.00 | 1 | $75.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Nov 14, 2022 | sjc@scmlaw.com Paid Online<br>Payment ID: ch_3M49kyE7OPToRwgq15kygLMn | ($75.00) |

| | |
|---|---|
| Thanks for your business. Please pay the "Balance Due" within 21 days. | Total:  $75.00<br>Amount Paid:  ($75.00)<br>**Balance Due:  $0.00** |

A Plus Process Service  •  PO Box 582 , Guilderland, NY 12084

Call: (518) 470-6552  •  Fax: (518) 514-1275  •  Email: austin.aplusprocess@gmail.com  •  Visit: www.APlusProcess.net