IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| APPLIED PREDICTIVE TECHNOLOGIES, INC.,<br><br>　　　Plaintiff,<br>v.<br><br>MARKETDIAL, INC. *et al.*,<br><br>　　　Defendants. | **ORDER RESEALING SUMMARY JUDGMENT ORDER PENDING BRIEFING ON MOTION TO VACATE AND DENYING MOTION TO EXPEDITE AS MOOT**<br><br>Case No. 2:19-cv-00496-JNP-DAO<br><br>District Judge Jill N. Parrish |

　　　Plaintiff Applied Predictive Technologies, Inc. filed a motion to vacate the August 12, 2024 docket text order ECF No. 688 and a motion for expedited consideration of its motion to vacate ECF Nos. 690, 691. The court orders the clerk to reseal the order on defendants' motions for summary judgment ECF No. 689, pending briefing on the motion to vacate. Accordingly, the court denies the motion to expedite as moot.

　　　DATED August 23, 2024

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　　United States District Court Judge